AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Express parcel label number EJ563310055US, postmarked November 12, 2020, weighing 1 pound 5 ounces, addressed to Victor Perez, 5211 E Washington Blvd, Ste 2, Commerce, CA 90040-3693 with a return address Denzel Duron, 116 N East St, Hillsboro, OH 45133 | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. **1:20-MJ-00864** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express parcel label number EJ563310055US

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Nov 19, 2020**

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003.

1. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the U.S. Postal Inspection Service with investigative responsibility for southwest Ohio, northern Kentucky, and southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery or sender address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

3. U.S. Postal Inspectors are aware that the State of California is a source location for controlled substances that are regularly mailed to the State of Ohio and the proceeds from the sales of controlled substances are frequently returned to California, via USPS Priority Mail Express and Priority Mail. Based on this information, your affiant routinely reviews parcels and conducts postal database checks for inbound and outbound parcels that exhibit characteristics of parcels suspected of containing controlled substances and/or the proceeds from the sale of controlled substances.

4. On or about November 12, 2020, your affiant did a check in a postal database and located Priority Mail Express parcel label number EJ563310055US (SUBJECT PARCEL) mailed from Hillsboro, Ohio going to Los Angeles, California 90040.

5. Your affiant contacted the Postal Processing & Distribution Center (P&DC), Cincinnati, Ohio and obtained an image of the SUBJECT PARCEL. The parcel is addressed to Victor Perez, 5211 E Washington Blvd, Ste 2, Commerce, CA 90040-3693 (SUBJECT ADDRESS) with a return address Denzel Duron, 116 N East St, Hillsboro, OH 45133.

6. Your affiant knows that the SUBJECT ADDRESS is a UPS store where post office boxes can be rented. Your affiant knows through her training and experience that sometimes an individual will rent a box or uses an address of a business to elude law enforcement and make a parcel appear to be legitimate instead of the use of their residence address. The SUBJECT PARCEL does not have a box number listed on the parcel label.

7. Since June 2020, your affiant has obtained 12 federal search warrants for parcels going to the SUBJECT ADDRESS. The parcels were addressed to a business name that was associated with box 276. All of those parcels contained U.S. currency and were seized by the government.

8. Your affiant contacted the P&DC and requested the SUBJECT PARCEL be placed in a secure area for further investigation.

9. Your affiant did a check in CLEAR regarding the return address on the SUBJECT PARCEL. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. According to CLEAR, the name "Duron" is not associated with 116 N East St, Hillsboro, OH 45133.

10. On or about November 13, 2020, your affiant obtained the SUBJECT PARCEL from the Cincinnati P&DC.

11. On or about November 16, 2020, your affiant contacted Cincinnati Police Department Specialist Mike Harper to arrange for a narcotic canine to check the SUBJECT PARCEL. Specialist Harper responded to the USPIS Field Office, Cincinnati, Ohio where the parcel was placed in a controlled area and presented to narcotic canine, "Cairo". "Cairo" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the SUBJECT PARCEL. Your affiant knows that Specialist Harper and narcotic canine "Cairo" train regularly and are certified annually through the Ohio Peace Officer Training Academy. Your affiant has presented countless parcels to Specialist Harper and

canine "Cairo" which has resulted in successful seizures of a quantity of a narcotic or other dangerous controlled substance and their proceeds or instrumentalities therefore your affiant considers them to be reliable. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

12. The SUBJECT PARCEL is further identified as follows: a U.S. Postal Service Priority Mail Express box 12" x 3 1/2" x 14 1/8" in size, weighing 1 pound 5 ounces, bearing label number EJ563310055US, postmarked November 12, 2020; see address information below:

**Sender:** Denzel Duron
116 N East St
Hillsboro, OH 45133

**Addressee:** Victor Perez
5211 E Washington Blvd Ste 2
Commerce, CA 90040-3693

13. This information along with the positive alert of narcotic canine "Cairo" is indicative of a drug package or its proceeds.

14. Based on the information contained herein, your affiant believes that contained in the SUBJECT PARCEL is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

15. The SUBJECT PARCEL is being secured at the USPIS Field Office, Cincinnati, Ohio pending further investigation.

Therefore, a search warrant to open the SUBJECT PARCEL is requested.

Further, your affiant sayeth naught.

_____
Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 19th day of November, 2020.
**via electronic means, specifically Facetime video.**

_____
Honorable Stephanie K. Bowman
United States Magistrate Judge



United States Postal Inspection Service
Pittsburgh Division

OFFICER AFFIDAVIT

I, **M. Harper**, am and have been employed by the Cincinnati Police Department since **2001**. Among other duties, I am currently the assigned handler of narcotics detection canine "Cairo" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On **11-17-20**, at the request of Postal Inspector K. O'Neill, I responded to Cincinnati Postal Inspection Service office, where "Cairo" did alert to and indicate upon:

[describe item]
EJ 563 310 055 US addressed to Victor Perez 5211 E Washington Blvd Ste 2 Commerce CA 90040-3693 return Denzel Doron 116 N East St Hillsboro OH 45133

Which, based upon my training and experience and that of "Cairo", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_M. Harper_ 11-17-20
(Signature and Date)

_O'Neill_ 11-17-2020
(Signature and Date)

Cincinnati Field Office
195 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone 877-876-2455
FAX 513-684-8009